

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On February 3, 2020, this court denied appellant's request for oral argument and set this cause for submission on briefs on March 4, 2020. Appellant subsequently filed a motion to reconsider oral argument. The motion is GRANTED. The submission date of March 4, 2020 is WITHDRAWN, and this appeal is set for formal submission and oral argument before this court *on Wednesday, April 22, 2020, at 2:00 p.m.*, before a panel consisting of Justice Luz Elena Chapa, Justice Beth Watkins, and Justice Liza Rodriguez.

The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal. See 4th TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

If either party does not wish to present argument, the party must notify this court in writing within seven days of receiving this notice.

Entered on this 28th day of February, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court